

NUMBER 13-09-00079-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE:  MARIA KAZERANI

### On Petition for Writ of Mandamus
### and Motion for Temporary Relief and Stay of Proceedings

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Maria Kazerani, filed a petition for writ of mandamus in which she requests that this Court direct respondent, the Honorable Ricardo Rodriguez, presiding judge of the 92nd District Court of Hidalgo County, Texas, to vacate the trial court's order denying relator's request for jury trial.  Relator also filed a motion for temporary relief and stay of proceedings.

This Court, having examined and fully considered the petition for writ of mandamus and the motion for temporary relief and stay of proceedings, is of the opinion that relator has not shown herself entitled to the relief sought and the petition and motion should be

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.")

denied.  *See* TEX. R. APP. P. 52.8(a).  Accordingly, the petition for writ of mandamus and motion for temporary relief and stay of proceedings are DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 13th day of February, 2009.